**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

v.  Case No. 3:08cr22/LAC

MICHAEL BERGER, et al.,

_____/

**O R D E R**

Before the Court are motions to dismiss Count One of the indictment on grounds of double jeopardy (doc. 219) and vagueness (doc. 217) filed by Defendant Erik Wayerski.

In order to violate Count One, a defendant must commit a series of felony violations constituting at least three separate incidents in concert with at least three or more persons and involving more than one victim. *See* 18 U.S.C. § 2252A(g)(2). As it is clear that none of the other counts with which Defendant is charged requires these elements, no double jeopardy violation is established under the *Blockburger* test. *See Blockburger v. United States*, 284 U.S. 299, 52 S.Ct. 180 (1932). The Court equally finds that the criminal statute contains no ambiguous language and otherwise provides clear and fair notice as to what conduct is prohibited. It is therefore not vague on constitutional grounds.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's motions to dismiss Count One of the indictment (docs. 217, 219) are **DENIED**.

**ORDERED** on this 12th day of August, 2008.

                                                s/ *L.A. Collier*
                                                Lacey A. Collier
                                       Senior United States District Judge