**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                     CASE NO. 3:08cr22 LAC

ERIK WAYERSKI

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   APRIL 30, 2008
Motion/Pleadings:  FIRST MOTION IN LIMINE
Filed by  DEFENDANT    on 4/25/08    Doc.# 180

RESPONSES:
BY GOVERNMENT    on 4/30/08    Doc.# 195
                              on              Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                Deputy Clerk: Mary Maloy

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of January, 2009, that:*
*(a) The relief requested is **DENIED.***
*(b)*

                                          *s/L.A. Collier*
                                          ***LACEY A. COLLIER***
                            *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.