# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                       CASE NO. 3:08cr22 LAC

ERIK WAYERSKI

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    May 14, 2009

Motion/Pleadings: MOTION / PETITION FOR WRIT OF EXECUTION

Filed by GOVERNMENT    on 5/12/09    Doc.# 656

RESPONSES:

                                          on          Doc.#
                                          on          Doc.#

\_\_\_\_\_ Stipulated     \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed     \_\_\_\_\_ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*

LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of May, 2009, that:*

*(a) The relief requested is* ***GRANTED.***

*(b)* _____

                                                  *s/L.A. Collier*
                                                  ***LACEY A. COLLIER***
                                      ***Senior United States District Judge***

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.