UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                  3:08CR22 - LAC

ERIK WAYERSKI
_____/

WRIT OF EXECUTION

IN CONSIDERATION of the government's Petition for Writ of Execution and finding good cause therein,

IT IS HEREBY ORDERED that the United States Marshal shall without delay levy on the property of the defendant, Erik Wayerski, Social Security Number XXX-XX-0656, said property being $10,600.00, held by Bank of America, 315 South Calhoun Street, Tallahassee, Florida, and deliver the property to the U.S. Marshal Holding Account to satisfy the fine and special monetary assessment imposed on March 10, 2009.  The United States Marshal shall leave a copy of this Writ and Clerk's Notice with Bank of America.

IT IS FURTHER ORDERED that the United States Marshal may recover their costs from funds in the account(s).

IT IS FURTHER ORDERED that the United States Marshal shall record the hour and date this Writ was received and make a return of this Writ within 90 days of issue describing the date and time of the levy, a description of the property and action taken. The United States Marshal shall record any costs, expenses and fees incurred.

IT IS FURTHER ORDERED that the United States Marshal and the United States Attorney shall serve the defendant and all persons having an interest in the property with a copy of the Petition, this Writ and the Clerk's Notice.

DONE and ORDERED this 14th day of May, 2009.

s/*L.A. Collier*
LACEY A. COLLIER
SENIOR U.S. DISTRICT JUDGE

## Marshal's Return

Date and Hour Writ received: _____

Date and Hour Writ executed: _____

Description of property and action taken: _____

_____

_____

_____

Marshal's costs, expenses and fees: _____

_____

Date of Return: _____

Dennis A. Williamson
United States Marshal

By: _____