# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                               CASE NO. 3:08cr22/LAC

ERIK WAYERSKI

_____/

## ORDER and NOTICE

The above-named Defendant was appointed counsel in this case pursuant to the Criminal Justice Act. It now appears to the Court that Defendant may have funds available, or is reasonably capable of obtaining funds, with which to make full or partial payment for his legal representation pursuant to 18 U.S.C. § 3006A(f).

On the record before the Court, the costs incurred by Defendant's representation are in the amounts of $11,420.00 for attorney services and $99.25 for transcript services, for a sum total of $11,519.25.

Accordingly, it is **ORDERED:**

Within **FIFTEEN (15) DAYS** from the date of this order, the United States Attorney shall submit evidence to the Court detailing the Defendant Wayerski's available assets that may be used for payment of the costs of his representation.

Ordered this 16th day of July, 2009.

                                                      s/*L.A. Collier*
                                                      Lacey A. Collier
                                                     Senior U.S. District Judge