UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 3:08cr22/LAC

ERIK WAYERSKI
_____/

ORDER AND WRIT OF EXECUTION

After due Notice from the Court, and no response being filed by the Defendant, IT IS HEREBY ORDERED that the Defendant shall be assessed $13,119.25 for costs of his court appointed representation (including his requested psychological evaluation for sentencing).

IT IS FURTHER ORDERED that the United States Marshal shall without delay levy on the property of the defendant, ERIK WAYERSKI, social security number XXX-XX-0656, said property being $13,119.25 held by Bank of America, N.A. and deliver the funds to the Marshal's holding account to satisfy the Court's above assessment. The Marshal shall leave a copy of this writ with Bank of America, N.A.

IT IS FURTHER ORDERED that the Marshal may recover their costs from additional funds.

IT IS FURTHER ORDERED that the Marshal shall record the hour and date this writ was received and make a return of this writ within 90 days of issue describing the date and time of the levy, a description of the property and action taken.

The United States Marshal shall record any costs, expenses and fees incurred. The Marshal will then transfer $13,119.25 to the Clerk of Court.

DONE and ORDERED this 16th day of December, 2009.

s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

---

Marshal's Return

Date and Hour Writ received: _____

Date and Hour Writ executed: _____

Description of property and action taken: _____

_____

_____

_____

_____

Marshal's costs, expenses and fees: _____

_____

Date of Return: _____

Dennis A. Williamson
United States Marshal

By: _____